# Exhibit 1

LAST WILL AND TESTAMENT

I, WALLACE WOOD, residing at 4184 Longbranch Road, Liverpool, New York, do hereby make, publish and declare this to be my Last Will and Testament, hereby revoking all Wills at any time heretofore made by me.

FIRST: I direct that my funeral expenses and expenses of administration be paid and taxes which may be assessed against my estate be fully paid as soon after my death as may be practicable, without apportionment to shares.

SECOND: I give and bequeath all of my estate of whatsoever nature and wheresoever situate as follows:

a) All bank accounts, whether savings, checking, Certificates of Deposit, or otherwise, to my first wife, TATJANA WOOD. In the event she shall predecease me, then this bequest shall pass to my friend, JOHN H. ROBINSON.

b) All the rest, residue and remainder of my estate, inclusive of but not limited to, all furniture, equipment, jewelry and royalty rights for all writings and art work, whether published or unpublished, to my friend, JOHN H. ROBINSON. In the event that he shall predecease me, then this bequest shall pass to my first wife, TATJANA WOOD.

THIRD: I give to my Executor, hereinafter named, without limitation, all powers granted to such fiduciary under the laws of the State of New York, in order to carry out the duties of such fiduciary.

FOURTH: I hereby appoint my friend, JOHN H. ROBINSON, as Executor of this, my Last Will and Testament, and he to serve without bond; in the event that the said JOHN H. ROBINSON predeceases me or shall otherwise fail to qualify and act, I then appoint my brother, GLENN WOOD, as Executor of this, my Last Will and Testament, also to serve without bond.

- 2 -

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 24 day of OCTOBER, 1980.

_Wallace Wood_
Wallace Wood

WE, the undersigned, hereby certify that the foregoing instrument, was on the 24th day of October, 1980, signed, sealed, published and declared by the said WALLACE WOOD, the Testator, as and for his Last Will and Testament, in the presence of us, who in his presence and in the presence of each other have, at his request, hereunder subscribed our names as witnesses to the execution thereof, and we hereby certify that at the time of the execution thereof, we believe said Testator to be of sound and disposing mind and memory.

| Name | Address |
|---|---|
| Paul N. Martin | Baldwinsville, NY |
| Norman J. Martin | Baldwinsville, NY |

Control# 257

## Certification of Copy of Document Filed with the Court

### SURROGATE'S COURT OF THE STATE OF NEW YORK
### ONONDAGA COUNTY

I, Ellen S. Weinstein, Esq., of the Onondaga County Surrogate's Court, a Court of Record, in the Unified Court System of the State of New York, hereby certify that the copy of the following document:

### LAST WILL AND TESTAMENT OF WALLACE WOOD

is a true copy of the original document filed with or recorded in this Court and is a part of the case records maintained by the Court, the same being either a:

(1) photographic reproduction of the original document reproduced on an office copier,
(2) printed copy of the electronically scanned document stored in the court's computer system, or
(3) printed reproduction of original document photocopied on microfilm.

In addition, I certify that the attached document is a correct transcript of the entire contents of the original document that was so filed or recorded.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Onondaga Surrogate's Court on June 29, 2009.

_____
Ellen S. Weinstein, Esq.
Chief Clerk

(Facsimile signature may be used pursuant to Section 2609 of the Surrogate's Court Procedure Act)