**Exhibit 2**

## AGREEMENT OF ASSIGNMENT

The undersigned, John H. Robinson, as the executor of the Estate of Wallace Wood (a/k/a Wallace Allan Wood, Wally Wood) having been appointed as such by the Surrogate's Court of Onondaga County, New York, on the 18ᵗʰ day of January, 2012 (Index #2011-1546), and John H. Robinson, as the residuary beneficiary of said Will, hereby assign, on a non-confidential basis, all of their interest in the work, property, copyrights, trademark rights and royalties attributed to or due to the said Wallace Wood and/or his estate to Wallace Wood Properties, LLC, a State of Florida limited liability company, 3300 Segovia Street, Coral Gables, Florida 33134.

In consideration of such assignment, Wallace Wood Properties, LLC, hereby agrees to furnish, without charge, to John H. Robinson, presently of 214 Daywood Avenue, Baldwinsville, New York 13027, duplicate copies of any publications made by it subsequent to the date of this assignment relating to the works of the said Wallace Wood.

This assignment is consistent with all previous agreements between John H. Robinson, William Person and J. David Spurlock and supersedes all previous agreements between them.

Agreed to and acknowledged this ___3rd___ day of ___Feb___, 2012.

ESTATE OF WALLACE WOOD

By_____
John H. Robinson, Executor

_____
John H. Robinson, Individually


WALLACE WOOD PROPERTIES, LLC

By_____
J. David Spurlock, Operating Manager

{M0202282.1}

STATE OF NEW YORK          )
COUNTY OF ONONDAGA   ) SS:

On the ꝺꝺ day of ꝛꝛ , 2012, before me, the undersigned, a notary public in and for said State, personally appeared John H. Robinson, individually and as Executor of the Estate of Wallace Wood, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

Notary Public
My comm
GAY M. POMEROY
Notary Public - State of New York
No. 01PO6405420
Qualified in Onondaga County
My Commission Expires March 6, 2015

STATE OF FLORIDA        )
COUNTY OF DADE        ) SS:

On the 27 day of Feb , 2012, before me, the undersigned, a notary public in and for said State, personally appeared J. David Spurlock as Operating Manager of Wallace Wood Properties, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

Notary Public
My commission expires



ROLANDO QUINTERO
MY COMMISSION # EE087517
EXPIRES April 26, 2015
(407) 398-0153    FloridaNotaryService.com

{M0202282.1 }