# Exhibit 5

---------- Original Message ----------
From: HeckerEsq@aol.com
To: "wood.contact@wallacewoodestate.com"
<wood.contact@wallacewoodestate.com>
Cc: lddilloninc@aol.com, leedillon@earthlink.net
Subject: Re: Wallace Wood Last Will and Testament
Date: 10/07/13 13:31

We are in receipt of a copy of your letter dated October 3, 2013 addressed to Tatjana Wood. You state that you have not heard from either me or Tatjana since our meeting on May 7, 2013. That is because I advised you that Tatjana rejected your demands in their entirety and you appeared to feel my attempts at a "creative solution" to your issues would not work. We left it at the point where you would think about whether you could suggest alternative proposals. That was the last communication from you..

As to any prospective court action, I do not believe your case has any merit for the many reasons we discussed at our meeting. Moreover, as I explained to you in detail (and strongly advised you to get separate legal advise on), you have acted in apparent conflict of interest by putting your own personal interests above that of the

1

estate, and that you appear to have significant personal liability arising out of the situation.

Any further communications in this matter are to be addressed to me as counsel and not to Tatjana.

Sincerely,

Joel L. Hecker, Esq.
Russo & Burke
600 Third Avenue
New York, NY 10016
(212) 557-9600
Fax: (212) 557-9610
Website: www.russoandburke.com