UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                    :
WALLACE WOOD PROPERTIES, LLC,    :
                                                    :
                                                    :   Civil Action No. 14 CV 8597 (LTS)
              Plaintiff,      :
                                                    :
  - against-                                  :
                                                    :
TATJANA WOOD,                               :
                                                    :
              Defendant.    :
------------------------------------------------------x

## DECLARATION OF JOEL L. HECKER

I, Joel L. Hecker, declare under penalty of perjury as follows:

1.     I am Of Counsel to the firm Russo & Burke, Attorneys at Law, and I am duly admitted to practice in the State of New York and before this Court. I am counsel to Defendant Tatjana Wood in this action.

2.     Annexed hereto as Exhibit A is a true and correct copy of the Petition for Probate and Letters Testamentary filed in the Probate Proceeding, Will of Wallace Wood, File No. 2011-1546/A before the Surrogate's Court of the State of New York, County of Onondaga on November 17, 2011.

3.     Annexed hereto as Exhibit B is a true and correct copy of the Decree Granting Probate issued by the Jon. Ava S. Raphael of the Surrogate's Court of the State of New York in the Probate Proceeding, Will of Wallace Wood, File No. 2011-1546/A on January 18, 2012.

4.     Annexed hereto as Exhibit C is a true and correct copy of the List of Assets—Inventory filed in the Matter of the Estate of Wallace Wood, File No. 2011-1546/A, before the Surrogate's Court of the State of New York, County of Onondaga on March 28, 2012.

2

I declare under penalty of perjury that the foregoing facts are true and correct.  This declaration was executed on the 15th day of December, 2014 in New York, New York.

    /s/    Joel L. Hecker
           Joel L. Hecker

2

-