# EXHIBIT A

2011 NOV 17 AM 10: 59

Filing Fee Paid $ 215
Certificates Paid $ 6
Trustee Certs. Paid $
Prelim. Certs. Paid $
Bond Fee $
Receipt No. _____ No.: _____

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA

| PROBATE PROCEEDING, WILL OF | PETITION FOR PROBATE AND LETTERS TESTAMENTARY |
|---|---|
| WALLACE WOOD a/k/a WALLACE ALLAN WOOD, WALLY WOOD, Deceased. | File No. 2011-1546/A |

TO THE SURROGATE'S COURT, COUNTY OF ONONDAGA:

It is respectfully alleged:

1. (a) The name, citizenship, domicile and interest in this proceeding of the petitioner are as follows:

   Name:         **John H. Robinson**
   Citizenship:  United States
   Address:      214 Daywood Avenue
                 Baldwinsville, New York 13027
   Interest:     Executor named in decedent's Will

   (b) The proposed executor is not an attorney.

2. The name, domicile, date and place of death and national citizenship of the above-named decedent are as follows:

   Name:         **Wallace Wood a/k/a Wallace Allan Wood a/k/a Wally Wood**
   Citizenship:  United States
   Address:      15150 Parthenia #71
                 Sepulveda
                 Los Angeles County
                 California 91343-5416
   Date of Death: November 2, 1981
   Place of Death: Sepulveda, California

3. The copy of the Last Will, herewith presented, relates to both real and personal property and consists of an instrument dated as shown below and signed at the end thereof by the decedent and the following attesting witnesses:

   Date:    October 24, 1980
   Witness: Paul N. Martin

{M0182910 1}

      Witness:          Norman J. Martin (now deceased)

4. No other will or codicil of the decedent is on file in this Surrogate's Court, and upon information and belief, after a diligent search and inquiry, including a search of any safe deposit box, there exists no will, codicil or other testamentary instrument of the decedent later in date to any of the instruments mentioned in Paragraph 3 except as follows: None.

5. The decedent was survived by distributees classified as follows:

   (a) [ 1 ] Spouse (husband/wife).
   (b) [ X ] Child or children and/or issue of predeceased child or children.
   (c) [ X ] Mother/Father.
   (d) [ X ] Sisters and/or brothers, either of the whole or half blood, and issue of predeceased sisters and/or brothers (nieces/nephews, etc.)
   (e) [ X ] Grandparents.
   (f) [ X ] Aunts and/or uncles, and children of predeceased aunts and/or uncles (first cousins).
   (g) [ X ] First cousins once removed (children of predeceased first cousins).

6. The names, relationships, domicile and addresses of all distributees (under EPTL 4-1.1 and 4-1.2) of each person designated in the copy of the Will herewith presented as primary executor, of all persons adversely affected by the purported exercise of such Will copy of any power of appointment, of all persons adversely affected by any codicil and of all persons having an interest under any other will of the decedent on file in the Surrogate's Court, are hereinafter set forth in subdivisions (a) and (b).

   (a) All persons and parties so interested who are of full age and sound mind or which are corporations or associations are as follows:

| Name, Address, Relationship | Interest | Fiduciary Status |
|---|---|---|
| John H. Robinson<br>214 Daywood Avenue<br>Baldwinsville NY 13027 | Residuary beneficiary | Primary executor |
| Estate of Muriel S. Van Sweringen<br>Alexandra Ceely, Independent Administrator<br>300 Skyview Street #D8<br>El Paso TX 79912 | Estate of Sole Distributee (deceased July 2, 2004); copy of Order Authorizing Independent Letters of Administration attached for reference) | |
| Alexandra Ceely<br>300 Skyview Street #D8<br>El Paso TX 79912 | Daughter of Muriel S. VanSweringen-Wood, deceased distributee | |
| L. Kathryn Jackson<br>76 Conrad Drive<br>New Haven CT 06515 | Daughter of Muriel S. VanSweringen-Wood, deceased distributee | |
| John H. Jackson<br>PO Box 209<br>Putney VT 05346 | Son of Muriel S. VanSweringen-Wood, deceased distributee | |

{M0182910.1}

- 2 -

        W) New York State
        Department of Taxation & Finance
        Transaction & Transfer Tax Bureau
        Estate Tax Audit—Waiver of
        Citation Unit
        W.A. Harriman Campus
        Albany NY 12227

    (b)    All persons so interested who are persons under disability are as follows: None.

7.    (a)    The names and domiciliary addresses of all substitute or successor executors and of all trustees, guardians, legatees, devisees and other beneficiaries named in the copy of the Will and/or trustees and beneficiaries of any inter vivos trust designated in the propounded Will copy other than those named in Paragraph 6 herewith are as follows:

| **Name, Address, Relationship** | **Interest** | **Fiduciary Status** |
|---|---|---|
| Glenn Wood<br>26 Lakeview Street<br>East Hampton CT 06424 | | Alternate executor |
| Tatjana Wood<br>101 West 74th Street, Apt. 5E<br>New York NY 10023-2235 | Specific beneficiary | |

    (b)    All such legatees, devisees and other beneficiaries who are persons under disability are as follows: None.

8.    This probate petition is intended to be the original probate of the last Will and Testament of Wallace Wood. He was a non-resident of New York State at the time of his death. The decedent was a resident of the State of California. This Court has jurisdiction in this matter by reason of the fact that the decedent left tangible personal property in the State of New York, to wit, artwork, scripts and tools, said property be located at 214 Daywood Avenue, Baldwinsville, New York. There are no estate proceedings filed in any other jurisdiction.

9.    (a)    No beneficiary under the propounded Will copy listed in Paragraphs 6 or 7 above had a confidential relationship to the decedent, such as attorney, accountant, doctor or clergyperson, except: None.

    (b)    No persons, corporations or associations are interested in this proceeding other than those mentioned above.

10.    (a)    To the best of the knowledge of the undersigned, the approximate total value of all property constituting the decedent's gross testamentary estate is:

| | |
|---|---|
| Personal property | $35,000.00 |
| Improved real property in New York State | $0.00 |
| Unimproved real property in New York State | $0.00 |
| Estimated gross rents for a period of 18 months | $0.00 |

    (b)    No other testamentary assets exist in New York State, nor does any cause of action exist on behalf of the estate, except as follows: None.

11.    Upon information and belief, no other petition for the probate of any will of the decedent or for letters of administration of the decedent's estate has heretofore been filed in any court.

WHEREFORE, your petitioner prays (a) that process be issued to all necessary parties to show cause why the copy of the Will set forth in Paragraph 3 and presented herewith should not be admitted to probate in lieu of the original; (b) that an order be granted directing the service of process, pursuant to the provisions of Article 3 of the SCPA, upon the persons named in Paragraph 6 hereof whose names or whereabouts are unknown and cannot be ascertained or who may be persons on whom service by personal delivery cannot be made; and (c) that such Will copy be admitted to probate as a Will of real and personal property and that letters issue thereon as follows:

Letters Testamentary to:    **John H. Robinson**

Dated: 14/14/17

*[signature]*
John H. Robinson, Petitioner

{M0182910.1}

- 4 -

## COMBINED VERIFICATION, OATH AND DESIGNATION

STATE OF NEW YORK        )
COUNTY OF ONONDAGA   )       SS:

The undersigned, the petitioner named in the foregoing petition, being duly sworn, says:

1. Verification: I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

2. Oath of Executor: I am over eighteen years of age and a citizen of the United States, and I will well, faithfully and honestly discharge the duties of fiduciary of the goods, chattels and credits of said decedent according to law. I am not ineligible to receive letters and will duly account for all moneys and other property that will come into my hands.

3. Designation of Clerk for Service of Process: I hereby designate the Clerk of the Surrogate's Court of Onondaga County, and his/her successor in office, as a person on whom service of any process issuing from such Court may be made in like manner and with like effect as if it were served personally upon me whenever I cannot be found and served within the State of New York after due diligence used.

My domicile is 214 Daywood Avenue, Baldwinsville, New York 13027.

_____
John H. Robinson

On Nov. 11, 2011, before me, the undersigned, personally appeared **John H. Robinson**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual executed the instrument.

Subscribed and sworn to before
me this 11 day of Nov,
2011.

_____
Notary Public
My commission expires

ATTORNEY FOR ESTATE:

GAY M. POMEROY
Notary Public - State of New York
No. 01PO8405420
Qualified in Onondaga County
My Commission Expires March 6, 2016

_____
Gay M. Pomeroy, Esq.
Mackenzie Hughes LLP
101 South Salina Street, Suite 600
Syracuse, New York 13221-4967
315-233-8223

{M0182910.1}

- 5 -