# EXHIBIT B

Based on Model Form prepared by
NYSBA Surrogate's Court Committee

Decree Granting Probate

---

At a term of the Surrogate's Court of the State of New York held in and for the County of **Onondaga** at Syracuse, New York, on January 18th, 2012.

PRESENT: HON. **AVA S. RAPHAEL**, Surrogate

PROBATE PROCEEDING, WILL OF
**WALLACE WOOD**

a/k/a
**WALLACE ALLAN WOOD; WALLY WOOD**
Deceased

**DECREE GRANTING PROBATE**

File No. **2011-1546 /A**

Upon reading and filing the petition of **John H. Robinson**, verified on **November 11, 2011**, praying for a decree admitting to probate a written instrument or instruments dated **October 24, 1980**, propounded as the last will and testament of the above named decedent;

AND satisfactory proof having been made that all necessary parties required to be cited have been duly cited to show cause why the relief prayed for in the petition should not be granted or have duly waived the issuance of such citation and have consented to such relief; and it appearing that notice of probate has been given to all persons entitled to such notice;

AND the probate not having been contested;

AND proofs having been duly filed on behalf of the attesting witnesses **Paul N. Martin and Norman J. Martin (now deceased)**, to the foregoing testamentary instruments, it appearing by such proofs that the same was/were duly executed and is/are genuine and valid and that the decedent at the time of executing the same was in all respects competent to make a will and not under restraint;

IT IS ORDERED AND DECREED that the instrument offered for probate herein be, and the same hereby is, admitted to probate as the Last Will and Testament of the above named decedent, valid to pass real and personal property, that the will and this decree be recorded and that Letters Testamentary issue to **John H. Robinson**, upon properly qualifying for such office, **to serve without bond**.

*Ava S. Raphael*
SURROGATE

2012 JAN 18 PM 1:54

ONONDAGA COUNTY, N.Y.
FILED-SURROGATE'S OFFICE

NYSBA's Surrogate's Court Form Probate Decree (4/03)     © 2012 Matthew Bender & Co., a member of the LexisNexis Group.