# EXHIBIT C

*No add. A.*

**New York State Surrogate's Court**
**NYSBA** New York State Bar Association Official OCA Forms

Form I-1
Inventory of Assets

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF _____ **ONONDAGA** _____

IN THE MATTER OF THE ESTATE OF
**WALLACE WOOD**
a/k/a
**WALLACE ALLAN WOOD; WALLY WOOD**

Deceased.

**LIST OF ASSETS — INVENTORY**
(Rule § 207.20(a))*

File No. _____ 2011-1546 / A _____

The undersigned, a fiduciary or an attorney for the above estate, certifies that the following recapitulation constitutes the gross estate (for tax purposes) of the above decedent. The following documents are attached:

- [X] a detailed list of assets; OR
- [ ] a copy of one of the following:
    - [ ] Form ET-706
    - [ ] Form TT-385
    - [ ] Form 706
    - [ ] Form 706NA

IF FORM ET-706 IS ATTACHED, ALL RIGHTS TO SECRECY UNDER TAX LAW § 994 ARE WAIVED.

| Date of Death | Date of Letters |
|---|---|
| November 2, 1981 | January 18, 2012 |

Type of Letters
**Letters Testamentary**

**Fiduciary:**

Name
John H. Robinson
Address (if changed)

Name

Address (if changed)

Name

Address (if changed)

Name

Address (if changed)

Name

Address (if changed)

NYSBA's Surrogate's Court Form I-1 (9/04) *formerly Rule § 207.20(c)    -1-    © 2012 Matthew Bender & Co., a member of the LexisNexis Group.

| RECAPITULATION OF ATTACHED SCHEDULES | Non-probate, Joint or Trust Property | Individually Owned by Decedent or Payable to Estate |
|---|---|---|
| A. Real Estate | $ | $ 0.00 |
| B. Stocks and Bonds | | 0.00 |
| C. Mortgages, Notes, Cash, etc. | | 0.00 |
| D. Insurance on Decedent's Life | 0.00 | 0.00 |
| E. Jointly Owned Property | 0.00 | |
| F. Miscellaneous & Trust Property | 0.00 | 20,000.00 |
| G. Transfers During Decedent's Life | 0.00 | 0.00 |
| H. Powers of Appointment | 0.00 | 0.00 |
| I. Annuities | 0.00 | 0.00 |
| TOTALS | $ 0.00 | $ 20,000.00 |

| Cause of Action Pending for Wrongful Death or Conscious Pain and Suffering: | Amount Claimed | $ 0.00 |
|---|---|---|
| | Filing Fee under § 2402(7) | $ 215.00 |
| | Filing Fee Initially Paid | $ 215.00 |
| | [X] Balance  [ ] Refund  Due | $ 0.00 |

Certified to be true on: 3/27/12

Signature: _John H. Robinson_
John H. Robinson
Print Name

Gay M. Pomeroy, Esq.
Print Name of Attorney

**Mackenzie Hughes LLP**
Firm

(315) 233-8223
Telephone

101 South Salina Street, Suite 600, P.O. Box 4967, Syracuse, New York 13221-4967
Address

NYSBA's Surrogate's Court Form I-1 (9/04) *formerly Rule § 207.20(c)    -2-    © 2012 Matthew Bender & Co., a member of the LexisNexis Group.

## GROSS ASSETS

### Schedule A: Real Estate (Individually Owned Property)

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL SCHEDULE A | | $0.00 |

### Schedule B: Stocks and Bonds (Individually Owned)

| Item | Description, including face amount of bonds & number of shares | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL SCHEDULE B | | $0.00 |

### Schedule C: Mortgages, Notes and Cash (Including Bank Deposits)
(Jointly owned property should be reported at E; trust property at F)

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL SCHEDULE C | | $0.00 |

### Schedule D: Insurance on Decedent's Life

(1) Payable to Estate

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL PAYABLE TO ESTATE | | $0.00 |

(2) Payable to Named Beneficiary

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL PAYABLE TO NAMED BENEFICIARY | | $0.00 |

### Schedule E: Jointly Owned Property (Real & Personal Property)

**(1) Real Estate**

| Item | Description | Joint Tenant | Value at Date of Death |
|---|---|---|---|
| 1 | NONE | NONE | 0.00 |
| TOTAL REAL ESTATE | | | $0.00 |

**(2) Stocks and Bonds**

| Item | Description | Joint Tenant | Value at Date of Death |
|---|---|---|---|
| 1 | NONE | NONE | 0.00 |
| TOTAL STOCKS AND BONDS | | | $0.00 |

**(3) Mortgages, Notes and Cash**

| Item | Description | Joint Tenant | Value at date of Death |
|---|---|---|---|
| 1 | NONE | NONE | 0.00 |
| TOTAL MORTGAGES, NOTES AND CASH | | | $0.00 |

**(4) Miscellaneous Goods and Furnishings**

| Item | Description | Joint Tenant | Value at date of Death |
|---|---|---|---|
| 1 | NONE | NONE | 0.00 |
| TOTAL MISCELLANEOUS GOODS AND FURNISHINGS | | | $0.00 |

| | |
|---|---|
| TOTAL SCHEDULE E | $0.00 |

## Schedule F: Other Miscellaneous Property

### (1) Individually Owned

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | Documents including original sketches, designs and text documents, and inking pen; and miscellaneous tangible items | 20,000.00 |
| TOTAL INDIVIDUALLY OWNED PROPERTY | | $20,000.00 |

### (2) Assets Passing to the Estate from Employment

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL ASSETS PASSING TO THE ESTATE FROM EMPLOYMENT | | $0.00 |

### (3) Trust Property

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL TRUST PROPERTY | | $0.00 |

## Schedule G: Transfers During Decedent's Life

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL TRANSFERS DURING DECEDENT'S LIFE | | $0.00 |

## Schedule H: Powers of Appointment

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL NON-PROBATE, JOINT OR TRUST | | $0.00 |
| TOTAL INDIVIDUALLY OWNED BY DECEDENT OR PAYABLE TO ESTATE | | $0.00 |

## Schedule I: Annuities

| Item | Description | Value at Date of Death |
|---|---|---|
| 1 | NONE | 0.00 |
| TOTAL NON-PROBATE, JOINT OR TRUST | | $0.00 |
| TOTAL INDIVIDUALLY OWNED BY DECEDENT OR PAYABLE TO ESTATE | | $0.00 |

## Cause of Action
(for Decedent's wrongful death and for conscious pain and suffering, as well as any other type of action)

| Description | Court in Which Action Pending | Index Number | Demanded |
|---|---|---|---|
| 1. NONE | NONE | NONE | 0.00 |
| TOTAL AMOUNT CLAIMED | | | $0.00 |