# EXHIBIT "1"

## LAST WILL AND TESTAMENT

I, WALLACE WOOD, residing at 4184 Longbranch Road, Liverpool, New York, do hereby make, publish and declare this to be my Last Will and Testament, hereby revoking all Wills at any time heretofore made by me.

FIRST: I direct that my funeral expenses and expenses of administration be paid and taxes which may be assessed against my estate be fully paid as soon after my death as may be practicable, without apportionment to shares.

SECOND: I give and bequeath all of my estate of whatsoever nature and wheresoever situate as follows:

a) All bank accounts, whether savings, checking, Certificates of Deposit, or otherwise, to my first wife, TATJANA WOOD. In the event she shall predecease me, then this bequest shall pass to my friend, JOHN H. ROBINSON.

b) All the rest, residue and remainder of my estate, inclusive of but not limited to, all furniture, equipment, jewelry and royalty rights for all writings and art work, whether published or unpublished, to my friend, JOHN H. ROBINSON. In the event that he shall predecease me, then this bequest shall pass to my first wife, TATJANA WOOD.

THIRD: I give to my Executor, hereinafter named, without limitation, all powers granted to such fiduciary under the laws of the State of New York, in order to carry out the duties of such fiduciary.

FOURTH: I hereby appoint my friend, JOHN H. ROBINSON, as Executor of this, my Last Will and Testament, and he to serve without bond; in the event that the said JOHN H. ROBINSON predeceases me or shall otherwise fail to qualify and act, I then appoint my brother, GLENN WOOD, as Executor of this, my Last Will and Testament, also to serve without bond.

- 2 -

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 29 day of OCTOBER, 1980.

*Wallace Wood*
Wallace Wood

WE, the undersigned, hereby certify that the foregoing instrument, was on the 29th day of October, 1980, signed, sealed, published and declared by the said WALLACE WOOD, the Testator, as and for his Last Will and Testament, in the presence of us, who in his presence and in the presence of each other have, at his request, hereunder subscribed our names as witnesses to the execution thereof, and we hereby certify that at the time of the execution thereof, we believe said Testator to be of sound and disposing mind and memory.

| Name | Address |
|---|---|
| Paul M. Martin | Baldwinsville, N.Y. |
| Norman J. Martin | Baldwinsville, N.Y. |

Control# 257

## Certification of Copy of Document Filed with the Court

### SURROGATE'S COURT OF THE STATE OF NEW YORK
### ONONDAGA COUNTY

I, Ellen S. Weinstein, Esq., of the Onondaga County Surrogate's Court, a Court of Record, in the Unified Court System of the State of New York, hereby certify that the copy of the following document:

### LAST WILL AND TESTAMENT OF WALLACE WOOD

is a true copy of the original document filed with or recorded in this Court and is a part of the case records maintained by the Court, the same being either a:

(1) photographic reproduction of the original document reproduced on an office copier,
(2) printed copy of the electronically scanned document stored in the court's computer system, or
(3) printed reproduction of original document photocopied on microfilm.

In addition, I certify that the attached document is a correct transcript of the entire contents of the original document that was so filed or recorded.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Onondaga Surrogate's Court on June 29, 2009.

Ellen S. Weinstein, Esq.
Chief Clerk

(Facsimile signature may be used pursuant to Section 2609 of the Surrogate's Court Procedure Act)

**EXHIBIT "2"**

## AGREEMENT OF ASSIGNMENT

The undersigned, John H. Robinson, as the executor of the Estate of Wallace Wood (a/k/a Wallace Allan Wood, Wally Wood) having been appointed as such by the Surrogate's Court of Onondaga County, New York, on the 18th day of January, 2012 (Index #2011-1546), and John H. Robinson, as the residuary beneficiary of said Will, hereby assign, on a non-confidential basis, all of their interest in the work, property, copyrights, trademark rights and royalties attributed to or due to the said Wallace Wood and/or his estate to Wallace Wood Properties, LLC, a State of Florida limited liability company, 3300 Segovia Street, Coral Gables, Florida 33134.

In consideration of such assignment, Wallace Wood Properties, LLC, hereby agrees to furnish, without charge, to John H. Robinson, presently of 214 Daywood Avenue, Baldwinsville, New York 13027, duplicate copies of any publications made by it subsequent to the date of this assignment relating to the works of the said Wallace Wood.

This assignment is consistent with all previous agreements between John H. Robinson, William Person and J. David Spurlock and supersedes all previous agreements between them.

Agreed to and acknowledged this 23rd day of Feb, 2012.

ESTATE OF WALLACE WOOD

By _____
John H. Robinson, Executor

_____
John H. Robinson, Individually

WALLACE WOOD PROPERTIES, LLC

By _____
J. David Spurlock, Operating Manager

{M0202282.1}

STATE OF NEW YORK    )
COUNTY OF ONONDAGA   ) SS:

On the ___ day of ___, 2012, before me, the undersigned, a notary public in and for said State, personally appeared John H. Robinson, individually and as Executor of the Estate of Wallace Wood, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public
My commission expires

GAY M. POMEROY
Notary Public - State of New York
No. 01PO6406420
Qualified in Onondaga County
My Commission Expires March 6, 2015

STATE OF FLORIDA   )
COUNTY OF DADE     ) SS:

On the ___ day of ___, 2012, before me, the undersigned, a notary public in and for said State, personally appeared J. David Spurlock as Operating Manager of Wallace Wood Properties, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public
My commission expires

ROLANDO QUINTERO
MY COMMISSION # EE087517
EXPIRES April 26, 2015
(407) 398-0153    FloridaNotaryService.com

{M0202282.1}

# EXHIBIT "3"

## AFFIDAVIT OF JOHN H. ROBINSON

I, John H. Robinson, being duly sworn according to law, depose and state as follows:

1. At the time of Wallace Wood's death in 1981, I was aware of the whereabouts of some sketches and miscellaneous artifacts that Wallace Wood left with me and Bill Pearson.

2. Neither in my role as an individual, nor during my time as Executor of the Estate of Wallace Wood, through the probating of the Wallace Wood will, was I ever privy to any information regarding the whereabouts of any other artwork, or other property, that would properly be part of the Estate of Wallace Wood.

3. At no time have I made any demand to anyone for the return any artwork or other property that would be part of the Estate of Wallace Wood.

4. I am supportive of and applaud Wallace Wood Properties, LLC's efforts to find and recoup original Wallace Wood artwork, for the purpose of building of a permanent collection of his work for various purposes, including education and exhibition.

_____
John H. Robinson

Dated: 4-16-14

1

STATE OF NEW YORK

COUNTY OF Onondaga

On the 16 day of April in the year 2014 before me, the undersigned, personally appeared John H. Robinson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Robin M. Becker*

Notary Public

Printed Name: Robin M. Becker

My Commission Expires:

Jan. 14, 2015

ROBIN M. BECKER
NOTARY PUBLIC, State of New York
Qualified in Onondaga County
No. 4976535
My Commission Expires January 14, 2015

2

# EXHIBIT "4"