# Primary List of Wallace Wood art published by Marvel

| Story | Issue | Publisher |
|---|---|---|
| The Mysterious Masked Matador<br>Daredevil / cover | Daredevil (1964 series) #5<br>December 1964 | Marvel |
| The Mysterious Masked Matador!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #5<br>December 1964 | Marvel |
| A Marvel Masterwork Pin-Up<br>Daredevil / illustration / 1 page | Daredevil (1964 series) #5<br>December 1964 | Marvel |
| The Fellowship of Fear!<br>Daredevil / cover | Daredevil (1964 series) #6<br>February 1965 | Marvel |
| Trapped By the Fellowship of Fear<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #6<br>February 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #7<br>April 1965 | Marvel |
| In Mortal Combat with Sub-Mariner<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #7<br>April 1965 | Marvel |
| pin-up<br>Daredevil / illustration / 1 page | Daredevil (1964 series) #7<br>April 1965 | Marvel |
| Daredevil Vs. Stilt Man<br>Daredevil / cover | Daredevil (1964 series) #8<br>June 1965 | Marvel |
| The Stiltman Cometh!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #8<br>June 1965 | Marvel |
| A Blind Man Shall Lead Them!<br>Fantastic Four / cover | Fantastic Four (1961 series) #39<br>June 1965 | Marvel |
| A Blind Man Shall Lead Them!<br>Fantastic Four / comic story / 20 pages | Fantastic Four (1961 series) #39<br>June 1965 | Marvel |
| The Challenge of...The Watcher!<br>Human Torch Thing / comic story / 12 pages | Strange Tales (1951 series) #134<br>July 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #9<br>August 1965 | Marvel |
| That He May See<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #9<br>August 1965 | Marvel |
| Vengeance Is Ours!<br>The Avengers / cover | The Avengers (1963 series) #20<br>September 1965 | Marvel |
| Vengeance Is Ours!<br>The Avengers / comic story / 20 pages | The Avengers (1963 series) #20<br>September 1965 | Marvel |
| The Bitter Taste of Defeat!<br>The Avengers / cover | The Avengers (1963 series) #21<br>October 1965 | Marvel |
| The Bitter Taste of Defeat!<br>The Avengers / comic story / 20 pages | The Avengers (1963 series) #21<br>October 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #10<br>October 1965 | Marvel |
| The Organization!, Part 1: While the City Sleeps!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #10<br>October 1965 | Marvel |
| "Where Mortals Fear To Tread!"<br>Thor / cover | Journey into Mystery (1952 series) #122<br>November 1965 | Marvel |
| What Price Victory?<br>Iron Man / cover | Tales of Suspense (1959 series) #71<br>November 1965 | Marvel |
| What Price Victory?<br>Iron Man / comic story / 12 pages | Tales of Suspense (1959 series) #71<br>November 1965 | Marvel |
| The Road Back!<br>The Avengers / cover | The Avengers (1963 series) #22<br>November 1965 | Marvel |
| The Road Back<br>The Avengers / comic story / 20 pages | The Avengers (1963 series) #22<br>November 1965 | Marvel |
| [ no title ]<br>X-Men / cover | The X-Men (1963 series) #14<br>November 1965 | Marvel |
| The Sleeper Shall Awake!<br>Captain America / comic story / 10 pages | Tales of Suspense (1959 series) #72<br>December 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #11<br>December 1965 | Marvel |
| [The Organization!, Part 2] A Time to Unmask!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #11<br>December 1965 | Marvel |
| Flight into Fear!<br>comic story / 7 pages | Tower of Shadows (1969 series) #5<br>May 1970 | Marvel |
| Who Calls Me Traitor? story / 19 pages | Captain America #127 July 1970 | Marvel |

# Primary List of Wallace Wood art published by Marvel PAGE 2

| Story | Issue | Publisher |
|---|---|---|
| In Mortal Combat with... Sub-Mariner! <br> Daredevil / comic story / 20 pages | Marvel Super-Heroes (1967 series) #27 <br> July 1970 | Marvel |
| The Ghost-Beast! <br> comic story / 7 pages | Tower of Shadows (1969 series) #6 <br> July 1970 | Marvel |
| Unto You Is Born... The Doomsman! <br> Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #1 <br> August 1970 | Marvel |
| Of Swords and Sorcery! <br> comic story / 7 pages | Tower of Shadows (1969 series) #7 <br> September 1970 | Marvel |
| Revolution! <br> Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #2 <br> October 1970 | Marvel |
| Sanctuary! <br> comic story / 7 pages | Tower of Shadows (1969 series) #8 <br> November 1970 | Marvel |
| Doom Must Die! <br> Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #3 <br> December 1970 | Marvel |
| The Invaders! <br> Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #4 <br> February 1971 | Marvel |
| A King Comes Riding! <br> King Kull / comic story / 19 pages | Kull the Conqueror (1971 series) #1 <br> June 1971 | Marvel |
| Red Wolf <br> Red Wolf / comic story / 19 pages | Marvel Spotlight (1971 series) #1 <br> November 1971 | Marvel |
| Amazing Origin Issue! <br> Cat / cover | The Cat (1972 series) #1 <br> November 1972 | Marvel |
| Beware the Claws of... the Cat! <br> Cat / comic story / 22 pages | The Cat (1972 series) #1 <br> November 1972 | Marvel |

# EXHIBIT "5"

THE WALLACE WOOD ESTATE
WALLACE WOOD PROPERTIES, LLC
3300 SEGOVIA STREET • CORAL GABLES, FL 33134

March 20, 2013

Tatjana Wood
101 West 74th St., Apt. 5E
New York, NY 10023

      Re:  Wallace Wood last will and testament

Dear Tatjana:

  I'm sorry that we were unable to get together last year when I was in New York. Separate, and in addition, to my respect and goodwill for you; while looking after the Wood Estate interests, whenever possible, it is our desire to be helpful to you. That being said, since taking over from Bill Pearson as Director of the Wallace Wood Estate last year, a matter of some importance has come to my attention that regretfully could put us at odds. I apologize in advance for any upset this letter may cause you, as that is the last thing we would ever want to do. However, as you will recall, while working on the WALLY's WORLD biography and on other visits, I became aware that you have many of Wood's originals — to the best of my recollection 150 to 200 pages, primarily returned art from Marvel. At the time, I had no thought about it other than appreciating their beauty. Since becoming the Director of the Estate, while studying various documents including Wallace's will, it has become clear that The Estate is the rightful and true owner of most of that art you possess, as provided in Wood's last will and testament. However uncomfortable the conversation, I am duty bound to look after such matters with due diligence.

  As Wallace's will provides, you were to receive any bank accounts. All other properties ("All the rest, residue and remainder of my estate, inclusive of but not limited to...") were bequeathed by Wallace to his confidant, friend and executor, John H. Robinson. As per Mr. Robinson, all Wood property has, ever since, been managed as The Wallace Wood Estate and more recently organized as the business entity, Wallace Wood Properties, LLC.

  It is the Estate's understanding that upon your separation and/or divorce, that Wallace left or gifted to you various items including books, records, and the Bucky's Christmas Caper newspaper strip originals. We accept this information in good faith as accurate. The material The Estate has claim to is artwork that was returned by publishers, to Wallace Wood at 101 West 74th St., Apt. 5E, New York, NY 10023 after Wallace moved out. That property was/is rightfully Wallace's and thus, is now, the Estate's. It is clear that Wallace was never notified that it had been mis-delivered to his prior address. As he struggled financially in later years, original art sales became increasingly important to his income. As comics publishers did not tend to return

Tatjana Wood
March 20, 2013
*Page 2*

original art until new policies were developed in the late-1970s and early-1980s, Wallace was not expecting the packages and had no reason to investigate their whereabouts. It is the Estate's understanding, belief and position that, Wallace was denied the ability to claim his property as he was never notified that it was mis-delivered. Perhaps you, like so many, lost contact with Wallace when he moved to California. Maybe the packages didn't arrive until that time. The matter at hand is that neither Wallace nor the Estate were notified that this material was mis-delivered which means the material was not abandoned by Wallace and/or his Estate. The law would consider the material stolen. In such cases any Statute of Limitation seldom applies and tend to be suspended as the courts recognize them as "tolled."

Courts are generally in agreement that any statute of limitations is tolled during a period of concealment of stolen property. See, e.g., *Jackson v. American Credit Bureau, Inc.*, 531 P.2d 932, 936 (Ariz. Ct. App. 1975); *Joseph v. Lesnevich*, 153 A.2d 349, 357 (NJ. Super. Ct. App. Div. 1959); *Reynolds v. Bagwell*, 198 P.2d 215, 217 (Okla. 1948). The suspension of the limitations period continues until the property is held in open and notorious possession. Courts generally place a subsequent possessor with notice of the theft in the same position as the thief, and any concealment by either will suspend the statute. See *also John G. Petrovich, Comment, The Recovery of Stolen Art: Of Paintings, Statues, and Statutes of Limitations, UCLA L. REv. 1122, 1127*, note 28, at 1131-32 n.36 *(1980);* and *O'Keeffe v. Snyder*, 416 A.2d 862, 871. (NJ. 1980).

Again, the Estate has goodwill toward you and there is no animosity between the parties but as the true owner of the property, the Estate must claim it. As we discussed in our last telephone conversation, one of the goals of the Estate is to commemorate the life and works of Wallace Wood. A key interest of ours is to maintain a historic collection of Wood works and artifacts that can be exhibited — someday, perhaps in a permanent Museum (possibly solely devoted to Wood). We would hope that you would be supportive of the fact that Wallace's work, currently in your possession, after safe delivery to the Wood Estate, will help to further his legacy for new generations. As a goodwill offer to settle this matter amicably, the Estate is prepared to pay $50,000.00 to you, in exchange for the safe return of all of The Estate's property. The offer will be retracted, and the funds devoted to representation, if the Estate is forced to secure the Estate's property through a replevin court action.

Thank you,

J. David Spurlock
Director, The WallaceWood Estate
(786) 953-7401 Direct • (908) 391-0937 Cell
www.wallacewoodestate.com

**EXHIBIT "6"**

The Wallace Wood Estate<br>
Wallace Wood Properties, LLC<br>
3300 Segovia Street • Coral Gables, FL 33134

October 3, 2013

Tatjana Wood
101 West 74th St., Apt. 5E
New York, NY 10023

     Re:  Wallace Wood last will and testament

Dear Tatjana:

  I have not heard from you or Joel Hecker, Esq. since meeting with him on May 7, 2013. While working on the WALLY's WORLD biography in 2006 (long before my affiliation with the Wood Estate/Wood Properties LLC), I became aware that you have many of Wood's originals — to the best of my recollection 150 to 200 pages, primarily returned art from Marvel. Since becoming the Director of the Estate/Wood Properties LLC, in January of 2012, while studying various documents including Wallace's will, it has become clear that Wallace's will stipulates that The Estate/Wood Propertis LLC, is the rightful and true owner of most of that art you possess. However uncomfortable the conversation, I am duty bound to look after such matters with due diligence. Despite Mr. Hecker's legal maneuvers, it strikes me that you might value Wallace's will.

  As Wallace's will provides, you were to receive any bank accounts. All other properties ("All the rest, residue and remainder of my estate, inclusive of but not limited to...") were bequeathed by Wallace to his confidant, friend and executor, John H. Robinson. As per Mr. Robinson, all Wood property has, ever since, been managed as The Wallace Wood Estate and is organized as the business entity, Wallace Wood Properties, LLC.

  Mr. Hecker has said that the material was sent to you by Marvel circa 2005. Though I had no access to the will at that time, in 2005, you had knowledge of the terms of Wallace's will but failed to notify the Estate. Obviously, the Estate would never abandoned such material. We believe the law would consider the material stolen. In such cases any Statute of Limitation seldom applies and tend to be suspended as the courts recognize them as "tolled."

  Courts are generally in agreement that any statute of limitations is tolled during a period of concealment of stolen property. See, e.g., *Jackson v. American Credit Bureau, Inc.*, 531 P.2d 932, 936 (Ariz. Ct. App. 1975); *Joseph v. Lesnevich*, 153 A.2d 349, 357 (NJ. Super. Ct. App. Div. 1959); *Reynolds v. Bagwell*, 198 P.2d 215, 217 (Okla. 1948). The suspension of the limitations period continues until the property is held in open and notorious possession. Courts generally place a subsequent possessor with notice of the theft in the same position as the thief, and any

concealment by either will suspend the statute. See *also John G. Petrovich, Comment, The Recovery of Stolen Art: Of Paintings, Statues, and Statutes of Limitations, UCLA L. REv. 1122, 1127,* note 28, at 1131-32 n.36 *(1980);* and *O'Keeffe v. Snyder,* 416 A.2d 862, 871. (NJ. 1980).

Again, the Estate has goodwill toward you and there is no animosity between the parties but as the true owner of the property, the Estate must claim it. As discussed in our last telephone conversation, as well as in Mr. Hecker's office, we hope to found a permanent Museum devoted to Wood to commemorate his life and works for future generations. As a goodwill offer to settle this matter amicably, Wood Properties LLC has offered to pay $50,000.00 to you, in exchange for the safe return of all of The Estate's property. The offer will be retracted, and the funds devoted to representation, if the Estate is forced to secure the Estate's property through a replevin court action.

In our May, 2013 meeting Mr. Hecker indicated that some agreement could be worked out to save us all the stress and expense of a court action. We trust he properly presented to you, our additional goodwill offers which, we outlined in that meeting including but not limited to:

1) Making you a beneficiary of Wood Properties business. This would be for a small percentage but would illustrate our long-term goodwill and could prove favorable to you if we are successful in our attempts to secure lucrative TV, Video Games and/or Film projects based on Wood creations.
2) Providing payments to you in cash, if you deem such as preferable
3) Any payments beyond the offered $50,000.00 would require the sale of some art. Our goal is to preserve the work but, we are open ways to settling this matter in a timely manor.
4) Some type of mutually agreed to split of the materials.

But to-date, despite our various goodwill attempts toward settlement, and Mr. Hecker's indication that something could be worked out, we have received not a single goodwill suggestion or offer. As I advised Mr. Hecker, we believe his Laches defense is weak and the clock is ticking. Only by moving forward quickly, can we forego court action. Many courts (especially in New York) order mediation as a standard procedure. We are making our best goodwill attempts to mediate now, to save all involved stress and expense. Too much time is going by. If we do not receive some positive attempt to settle this quickly, we may have no option but to seek help from the courts. I am in New York for a few days if you and/or Mr. Hecker would like to meet. All discussions are solely for the purpose of settlement.

Thank you,

J. David Spurlock
Director, The WallaceWood Estate
(908) 391-0937
www.wallacewoodestate.com

# EXHIBIT "7"

--------- Original Message ---------
From: HeckerEsq@aol.com
To: "wood.contact@wallacewoodestate.com"
<wood.contact@wallacewoodestate.com>
Cc: lddilloninc@aol.com, leedillon@earthlink.net
Subject: Re: Wallace Wood Last Will and Testament
Date: 10/07/13 13:31

We are in receipt of a copy of your letter dated October 3, 2013 addressed to Tatjana Wood. You state that you have not heard from either me or Tatjana since our meeting on May 7, 2013. That is because I advised you that Tatjana rejected your demands in their entirety and you appeared to feel my attempts at a "creative solution" to your issues would not work. We left it at the point where you would think about whether you could suggest alternative proposals. That was the last communication from you..

As to any prospective court action, I do not believe your case has any merit for the many reasons we discussed at our meeting. Moreover, as I explained to you in detail (and strongly advised you to get separate legal advise on), you have acted in apparent conflict of interest by putting your own personal interests above that of the

1

estate, and that you appear to have significant personal liability arising out of the situation.

Any further communications in this matter are to be addressed to me as counsel and not to Tatjana.

Sincerely,

Joel L. Hecker, Esq.
Russo & Burke
600 Third Avenue
New York, NY 10016
(212) 557-9600
Fax: (212) 557-9610
Website: www.russoandburke.com

2

**EXHIBIT "8"**

The World's Largest Collectibles Auctioneer

SELL   DEPARTMENTS   SERVICES   RESOURCES   Welcome J David (Sign Out) | Update My Profile | MyHeritage

HOME > COMICS, COMIC ART & ANIMATION ART

# Search

| | | Start Over | Search Tips | Video Tutorial | Printable Results |

wood marvel | Original Comic Art (75,139) | IN | Titles & Descriptions | Search

Select...

**FILTERS**
You're currently viewing:
Site:
  Comics & Comic Art
Sold Collectibles & Art:
  Auction Archives
Archive Status:
  Archive: Sold
Comic Category:
  Original Comic Art
Text Search:
  wood marvel

Save "wood marvel" to MyWantlist

**REFINE SEARCH**

[−] **Site**
  Comic Art (40)
  Comics (79)
[−] **Auctions**
  2014 November 20 - 22 Comics & Comic Art Signature Auction - Beverly Hills 7099 (3)
  All Signature Auctions (59)
  All Internet and Final Session Auctions (17)
[−] **Highlights**
  Featured (7)
  Make Offer to Owner (16)
  Owner Accepting Offers (14)
[−] **Comic Sub-Category**
  Comic Strip Art (3)
  Complete Story (1)
  Covers (16)
  Illustrations (2)
  Paintings (1)
  Panel Pages (46)
  Sketches (3)
  Splash Pages (7)
[+] **Sold For**
[−] **Featured Collections**
  Auction to Benefit Holocaust Artist (2)
[+] **Archive Status**
[+] **Comic Year**

Bid or Buy
Available Items: 1 Results

Currently Viewing
Sold Items: 79 Results

Past Auction Archives in
All Categories: 119 Results

SORT RESULTS BY   **Most Recent Sales**

Create a Wantlist for "wood marvel" (get notified of new matches)

**Don Heck and Wally Wood** *Avengers* #22 Page 18 Original Art (Marvel, 1965)....   Sold For: $4,780.00‡
Lot 92184 » Original Comic Art
Auction Date: **Nov 21, 2014**
Bid Source: HA.com/Live



**Wally Wood and Bob Powell** *Daredevil* #9 Page 7 Original Art (Daredevil, 1965)....   Sold For: $20,315.00‡
Lot 92415 » Original Comic Art
Auction Date: **Nov 21, 2014**
Bid Source: HA.com/Live

**Bob Powell and Wally Wood** *Strange Tales* #134 Page 12 Fantastic Four Original Art (Marvel, 1965)....   Sold For: $4,481.25‡
Lot 92307 » Original Comic Art
Auction Date: **Nov 21, 2014**
Bid Source: Internet



**Wally Wood** *Astonishing Tales* #3 Doctor Doom "Doom Must Die!" Splash Page 1 Original Art (Marvel, 1970)....   Sold For: $2,390.00‡
Lot 92337 » Original Comic Art
Auction Date: **Aug 8, 2014**
Bid Source: Live Phone





**Wally Wood** *Astonishing Tales* **#3 "Doom Must Die!" Page 2 Original Art (Marvel, 1970)....**
Lot 92338 » Original Comic Art
Auction Date: **Aug 8, 2014**
Bid Source: Internet

Sold For: $14,340.00‡



**Wally Wood** *Daredevil* **#6 Page 4 Original Art (Marvel, 1965)....**
Lot 92336 » Original Comic Art

Auction Date: **Aug 8, 2014**
Bid Source: Internet

Sold For: $26,290.00‡





**Don Heck and Wally Wood** *Avengers* **#20 Page 10 Original Art (Marvel, 1965)....**
Lot 92077 » Original Comic Art
Auction Date: **May 16, 2014**
Bid Source: HA.com/Live

Sold For: $21,510.00‡

**Don Heck and Wally Wood** *Tales of Suspense* **#71 Page 8 Original Art (Marvel, 1965)....**
Lot 92078 » Original Comic Art
Auction Date: **May 16, 2014**
Bid Source: HA.com/Live

Sold For: $4,780.00‡



**Bob Powell and Wally Wood** *Daredevil* **#9 Page 10 Original Art (Marvel, 1965)....**

Sold For: $23,900.00‡





**Wally Wood** *Astonishing Tales* #4 Red Skull Page 3 Original Art (Marvel, 1971)....  Sold For: $3,107.00‡
Lot 92216 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live



**Wally Wood** *Astonishing Tales* #4 Red Skull Page 4 Original Art (Marvel, 1971)....  Sold For: $2,629.00‡
Lot 92217 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live





**Wally Wood** *Daredevil* #6 Ox and Eel Page 2 Original Art (Marvel, 1965)....  Sold For: $53,775.00‡

Lot 92214 » Original Comic Art

Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live

**Don Heck and Wally Wood** *The Avengers* #22 Power Man vs. Captain America page 14 Original Art (Marvel, 1965)...  Sold For: $15,535.00‡
Lot 92094 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live





**Bob Powell and Wally Wood** *Daredevil* **#11 Story Page 5 Original Art (Marvel, 1965)....**  Sold For: $5,676.25‡
Lot 92172 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live



**Wally Wood** *Daredevil* **#5 Matador Page 20 Original Art (Marvel, 1964)....**  Sold For: $15,535.00‡

Lot 92387 » Original Comic Art
Auction Date: **Nov 22, 2013**
Bid Source: HA.com/Live



**Bob Powell and Wally Wood** *Daredevil* **#9 Page 2 Original Art (Marvel, 1965)....**  Sold For: $20,315.00‡
Lot 92293 » Original Comic Art

Auction Date: **Nov 22, 2013**
Bid Source: HA.com/Live



**Don Heck and Wally Wood** *Tales of Suspense* **#71 Iron Man vs. Titanium Man Page 3 Original Art (Marvel, 1965)....**  Sold For: $6,932.20‡
Lot 92154 » Original Comic Art
Auction Date: **Nov 22, 2013**
Bid Source: Internet





