# EXHIBIT "1"

# LAST WILL AND TESTAMENT

I, WALLACE WOOD, residing at 4184 Longbranch Road, Liverpool, New York, do hereby make, publish and declare this to be my Last Will and Testament, hereby revoking all Wills at any time heretofore made by me.

FIRST:    I direct that my funeral expenses and expenses of administration be paid and taxes which may be assessed against my estate be fully paid as soon after my death as may be practicable, without apportionment to shares.

SECOND:    I give and bequeath all of my estate of whatsoever nature and wheresoever situate as follows:

a)  All bank accounts, whether savings, checking, Certificates of Deposit, or otherwise, to my first wife, TATJANA WOOD.  In the event she shall predecease me, then this bequest shall pass to my friend, JOHN H. ROBINSON.

b)  All the rest, residue and remainder of my estate, inclusive of but not limited to, all furniture, equipment, jewelry and royalty rights for all writings and art work, whether published or unpublished, to my friend, JOHN H. ROBINSON.  In the event that he shall predecease me, then this bequest shall pass to my first wife, TATJANA WOOD.

THIRD:    I give to my Executor, hereinafter named, without limitation, all powers granted to such fiduciary under the laws of the State of New York, in order to carry out the duties of such fiduciary.

FOURTH:    I hereby appoint my friend, JOHN H. ROBINSON, as Executor of this, my Last Will and Testament, and he to serve without bond;  in the event that the said JOHN H. ROBINSON predeceases me or shall otherwise fail to qualify and act, I then appoint my brother, GLENN WOOD, as Executor of this, my Last Will and Testament, also to serve without bond.

- 2 -

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 24 day of *OCTOBER*, 1980.

*Wallace Wood*
Wallace Wood

WE, the undersigned, hereby certify that the foregoing instrument was on the 30th day of *October*, 1980, signed, sealed, published and declared by the said WALLACE WOOD, the Testator, as and for his Last Will and Testament, in the presence of us, who in his presence and in the presence of each other have, at his request, hereunder subscribed our names as witnesses to the execution thereof, and we hereby certify that at the time of the execution thereof, we believe said Testator to be of sound and disposing mind and memory.

| Name | Address |
|---|---|
| *Paul N. Martin* | *Baldwinsville, N.Y.* |
| *Norman J. Martin* | *Baldwinsville N.Y.* |

Control# 257

### Certification of Copy of Document Filed with the Court

## SURROGATE'S COURT OF THE STATE OF NEW YORK
## ONONDAGA COUNTY

I, Ellen S. Weinstein, Esq., of the Onondaga County Surrogate's Court, a Court of Record, in the Unified Court System of the State of New York, hereby certify that the copy of the following document:

## LAST WILL AND TESTAMENT OF WALLACE WOOD

is a true copy of the original document filed with or recorded in this Court and is a part of the case records maintained by the Court, the same being either a:

(1) photographic reproduction of the original document reproduced on an office copier,
(2) printed copy of the electronically scanned document stored in the court's computer system, or
(3) printed reproduction of original document photocopied on microfilm.

In addition, I certify that the attached document is a correct transcript of the entire contents of the original document that was so filed or recorded.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Onondaga Surrogate's Court on June 29, 2009.

Ellen S. Weinstein, Esq.
Chief Clerk

(Facsimile signature may be used pursuant to Section 2609 of the Surrogate's Court Procedure Act)

# EXHIBIT "2"

# AGREEMENT OF ASSIGNMENT

The undersigned, John H. Robinson, as the executor of the Estate of Wallace Wood (a/k/a Wallace Allan Wood, Wally Wood) having been appointed as such by the Surrogate's Court of Onondaga County, New York, on the 18th day of January, 2012 (Index #2011-1546), and John H. Robinson, as the residuary beneficiary of said Will, hereby assign, on a non-confidential basis, all of their interest in the work, property, copyrights, trademark rights and royalties attributed to or due to the said Wallace Wood and/or his estate to Wallace Wood Properties, LLC, a State of Florida limited liability company, 3300 Segovia Street, Coral Gables, Florida 33134.

In consideration of such assignment, Wallace Wood Properties, LLC, hereby agrees to furnish, without charge, to John H. Robinson, presently of 214 Daywood Avenue, Baldwinsville, New York 13027, duplicate copies of any publications made by it subsequent to the date of this assignment relating to the works of the said Wallace Wood.

This assignment is consistent with all previous agreements between John H. Robinson, William Person and J. David Spurlock and supersedes all previous agreements between them.

Agreed to and acknowledged this 23rd day of Feb. , 2012.

ESTATE OF WALLACE WOOD

By _____
John H. Robinson, Executor

_____
John H. Robinson, Individually

WALLACE WOOD PROPERTIES, LLC

By _____
J. David Spurlock, Operating Manager

{M0202282.1 }

STATE OF NEW YORK         )
COUNTY OF ONONDAGA        ) SS:

On the _____ day of _____ 2012, before me, the undersigned, a notary public in and for said State, personally appeared John H. Robinson, individually and as Executor of the Estate of Wallace Wood, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public
My commission expires

GAY M. POMEROY
Notary Public - State of New York
No. 01PO8405420
Qualified in Onondaga County
My Commission Expires March 9, 2015

STATE OF FLORIDA         )
COUNTY OF DADE           ) SS:

On the 27 day of Feb 2012, before me, the undersigned, a notary public in and for said State, personally appeared T. David Spurlock as Operating Manager of Wallace Wood Properties, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.



_____
Notary Public
My commission expires

ROLANDO QUINTERO
MY COMMISSION # EE087517
EXPIRES April 26, 2015
(407) 398-0153      FloridaNotaryService.com

{M0202282.1 }

# EXHIBIT "3"

## AFFIDAVIT OF JOHN H. ROBINSON

I, John H. Robinson, being duly sworn according to law, depose and state as follows:

1.    At the time of Wallace Wood's death in 1981, I was aware of the whereabouts of some sketches and miscellaneous artifacts that Wallace Wood left with me and Bill Pearson.

2.    Neither in my role as an individual, nor during my time as Executor of the Estate of Wallace Wood, through the probating of the Wallace Wood will, was I ever privy to any information regarding the whereabouts of any other artwork, or other property, that would properly be part of the Estate of Wallace Wood.

3.    At no time have I made any demand to anyone for the return any artwork or other property that would be part of the Estate of Wallace Wood.

4.    I am supportive of and applaud Wallace Wood Properties, LLC's efforts to find and recoup original Wallace Wood artwork, for the purpose of building of a permanent collection of his work for various purposes, including education and exhibition.

John H. Robinson

Dated: 4-16-14

1

STATE OF NEW YORK

COUNTY OF _Onondaga_

On the ___16___ day of ___April___ in the year ___2014___ before me, the undersigned, personally appeared ___John H. Robinson___, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Robin M. Becker_

Notary Public

Printed Name: _Robin M. Becker_

My Commission Expires:

_Jan. 14, 2015_

ROBIN M. BECKER
NOTARY PUBLIC, State of New York
Qualified in Onondaga County
No. 4976535
My Commission Expires January 14, 2015

2

# EXHIBIT "4"

# Primary List of Wallace Wood art published by Marvel

| Story | Issue | Publisher |
|---|---|---|
| The Mysterious Masked Matador<br>Daredevil / cover | Daredevil (1964 series) #5<br>December 1964 | Marvel |
| The Mysterious Masked Matador!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #5<br>December 1964 | Marvel |
| A Marvel Masterwork Pin-Up<br>Daredevil / illustration / 1 page | Daredevil (1964 series) #5<br>December 1964 | Marvel |
| The Fellowship of Fear!<br>Daredevil / cover | Daredevil (1964 series) #6<br>February 1965 | Marvel |
| Trapped By the Fellowship of Fear<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #6<br>February 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #7<br>April 1965 | Marvel |
| In Mortal Combat with Sub-Mariner<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #7<br>April 1965 | Marvel |
| pin-up<br>Daredevil / illustration / 1 page | Daredevil (1964 series) #7<br>April 1965 | Marvel |
| Daredevil Vs. Stilt Man<br>Daredevil / cover | Daredevil (1964 series) #8<br>June 1965 | Marvel |
| The Stiltman Cometh!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #8<br>June 1965 | Marvel |
| A Blind Man Shall Lead Them!<br>Fantastic Four / cover | Fantastic Four (1961 series) #39<br>June 1965 | Marvel |
| A Blind Man Shall Lead Them!<br>Fantastic Four / comic story / 20 pages | Fantastic Four (1961 series) #39<br>June 1965 | Marvel |
| The Challenge of...The Watcher!<br>Human Torch Thing / comic story / 12 pages | Strange Tales (1951 series) #134<br>July 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #9<br>August 1965 | Marvel |
| That He May See<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #9<br>August 1965 | Marvel |
| Vengeance Is Ours!<br>The Avengers / cover | The Avengers (1963 series) #20<br>September 1965 | Marvel |
| Vengeance Is Ours!<br>The Avengers / comic story / 20 pages | The Avengers (1963 series) #20<br>September 1965 | Marvel |
| The Bitter Taste of Defeat!<br>The Avengers / cover | The Avengers (1963 series) #21<br>October 1965 | Marvel |
| The Bitter Taste of Defeat!<br>The Avengers / comic story / 20 pages | The Avengers (1963 series) #21<br>October 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #10<br>October 1965 | Marvel |
| The Organization!, Part 1: While the City Sleeps!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #10<br>October 1965 | Marvel |
| "Where Mortals Fear To Tread!"<br>Thor / cover | Journey into Mystery (1952 series) #122<br>November 1965 | Marvel |
| What Price Victory?<br>Iron Man / cover | Tales of Suspense (1959 series) #71<br>November 1965 | Marvel |
| What Price Victory?<br>Iron Man / comic story / 12 pages | Tales of Suspense (1959 series) #71<br>November 1965 | Marvel |
| The Road Back!<br>The Avengers / cover | The Avengers (1963 series) #22<br>November 1965 | Marvel |
| The Road Back<br>The Avengers / comic story / 20 pages | The Avengers (1963 series) #22<br>November 1965 | Marvel |
| [ no title ]<br>X-Men / cover | The X-Men (1963 series) #14<br>November 1965 | Marvel |
| The Sleeper Shall Awake!<br>Captain America / comic story / 10 pages | Tales of Suspense (1959 series) #72<br>December 1965 | Marvel |
| [ no title ]<br>Daredevil / cover | Daredevil (1964 series) #11<br>December 1965 | Marvel |
| [The Organization!, Part 2] A Time to Unmask!<br>Daredevil / comic story / 20 pages | Daredevil (1964 series) #11<br>December 1965 | Marvel |
| Flight into Fear!<br>comic story / 7 pages | Tower of Shadows (1969 series) #5<br>May 1970 | Marvel |
| Who Calls Me Traitor?  story / 19 pages | Captain America  #127  July 1970 | Marvel |

# Primary List of Wallace Wood art published by Marvel PAGE 2

| Story | Issue | Publisher |
|---|---|---|
| In Mortal Combat with... Sub-Mariner!<br>Daredevil / comic story / 20 pages | Marvel Super-Heroes (1967 series) #27<br>July 1970 | Marvel |
| The Ghost-Beast!<br>comic story / 7 pages | Tower of Shadows (1969 series) #6<br>July 1970 | Marvel |
| Unto You Is Born... The Doomsman!<br>Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #1<br>August 1970 | Marvel |
| Of Swords and Sorcery!<br>comic story / 7 pages | Tower of Shadows (1969 series) #7<br>September 1970 | Marvel |
| Revolution!<br>Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #2<br>October 1970 | Marvel |
| Sanctuary!<br>comic story / 7 pages | Tower of Shadows (1969 series) #8<br>November 1970 | Marvel |
| Doom Must Die!<br>Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #3<br>December 1970 | Marvel |
| The Invaders!<br>Dr. Doom / comic story / 10 pages | Astonishing Tales (1970 series) #4<br>February 1971 | Marvel |
| A King Comes Riding!<br>King Kull / comic story / 19 pages | Kull the Conqueror (1971 series) #1<br>June 1971 | Marvel |
| Red Wolf<br>Red Wolf / comic story / 19 pages | Marvel Spotlight (1971 series) #1<br>November 1971 | Marvel |
| Amazing Origin Issue!<br>Cat / cover | The Cat (1972 series) #1<br>November 1972 | Marvel |
| Beware the Claws of... the Cat!<br>Cat / comic story / 22 pages | The Cat (1972 series) #1<br>November 1972 | Marvel |

# EXHIBIT "5"

THE WALLACE WOOD ESTATE
WALLACE WOOD PROPERTIES, LLC
3300 SEGOVIA STREET • CORAL GABLES, FL 33134

March 20, 2013

Tatjana Wood
101 West 74th St., Apt. 5E
New York, NY 10023

Re:    Wallace Wood last will and testament

Dear Tatjana:

I'm sorry that we were unable to get together last year when I was in New York. Separate, and in addition, to my respect and goodwill for you; while looking after the Wood Estate interests, whenever possible, it is our desire to be helpful to you. That being said; since taking over from Bill Pearson as Director of the Wallace Wood Estate last year, a matter of some importance has come to my attention that regretfully could put us at odds. I apologize in advance for any upset this letter may cause you, as that is the last thing we would ever want to do. However, as you will recall, while working on the WALLY's WORLD biography and on other visits, I became aware that you have many of Wood's originals — to the best of my recollection 150 to 200 pages, primarily returned art from Marvel. At the time, I had no thought about it other than appreciating their beauty. Since becoming the Director of the Estate, while studying various documents including Wallace's will, it has become clear that The Estate is the rightful and true owner of most of that art you possess, as provided in Wood's last will and testament. However uncomfortable the conversation, I am duty bound to look after such matters with due diligence.

As Wallace's will provides, you were to receive any bank accounts. All other properties ("All the rest, residue and remainder of my estate, inclusive of but not limited to...") were bequeathed by Wallace to his confidant, friend and executor, John H. Robinson. As per Mr. Robinson, all Wood property has, ever since, been managed as The Wallace Wood Estate and more recently organized as the business entity, Wallace Wood Properties, LLC.

It is the Estate's understanding that upon your separation and/or divorce, that Wallace left or gifted to you various items including books, records, and the Bucky's Christmas Caper newspaper strip originals. We accept this information in good faith as accurate. The material The Estate has claim to is artwork that was returned by publishers, to Wallace Wood at 101 West 74th St., Apt. 5E, New York, NY 10023 after Wallace moved out. That property was/is rightfully Wallace's and thus, is now, the Estate's. It is clear that Wallace was never notified that it had been mis-delivered to his prior address. As he struggled financially in later years, original art sales became increasingly important to his income. As comics publishers did not tend to return

Tatjana Wood
March 20, 2013
*Page 2*

original art until new policies were developed in the late-1970s and early-1980s, Wallace was not expecting the packages and had no reason to investigate their whereabouts. It is the Estate's understanding, belief and position that, Wallace was denied the ability to claim his property as he was never notified that it was mis-delivered. Perhaps you, like so many, lost contact with Wallace when he moved to California. Maybe the packages didn't arrive until that time. The matter at hand is that neither Wallace nor the Estate were notified that this material was mis-delivered which means the material was not abandoned by Wallace and/or his Estate. The law would consider the material stolen. In such cases any Statute of Limitation seldom applies and tend to be suspended as the courts recognize them as "tolled."

Courts are generally in agreement that any statute of limitations is tolled during a period of concealment of stolen property. See, e.g., *Jackson v. American Credit Bureau, Inc.*, 531 P.2d 932, 936 (Ariz. Ct. App. 1975); *Joseph v. Lesnevich*, 153 A.2d 349, 357 (NJ. Super. Ct. App. Div. 1959); *Reynolds v. Bagwell*, 198 P.2d 215, 217 (Okla. 1948). The suspension of the limitations period continues until the property is held in open and notorious possession. Courts generally place a subsequent possessor with notice of the theft in the same position as the thief, and any concealment by either will suspend the statute. See *also John G. Petrovich, Comment, The Recovery of Stolen Art: Of Paintings, Statues, and Statutes of Limitations, UCLA L. REv. 1122, 1127*, note 28, at 1131-32 n.36 *(1980);* and *O'Keeffe v. Snyder*, 416 A.2d 862, 871. (NJ. 1980).

Again, the Estate has goodwill toward you and there is no animosity between the parties but as the true owner of the property, the Estate must claim it. As we discussed in our last telephone conversation, one of the goals of the Estate is to commemorate the life and works of Wallace Wood. A key interest of ours is to maintain a historic collection of Wood works and artifacts that can be exhibited — someday, perhaps in a permanent Museum (possibly solely devoted to Wood). We would hope that you would be supportive of the fact that Wallace's work, currently in your possession, after safe delivery to the Wood Estate, will help to further his legacy for new generations. As a goodwill offer to settle this matter amicably, the Estate is prepared to pay $50,000.00 to you, in exchange for the safe return of all of The Estate's property. The offer will be retracted, and the funds devoted to representation, if the Estate is forced to secure the Estate's property through a replevin court action.

Thank you,

J. David Spurlock
Director, The WallaceWood Estate
(786) 953-7401 Direct • (908) 391-0937 Cell
www.wallacewoodestate.com

# EXHIBIT "6"

The Wallace Wood Estate
Wallace Wood Properties, LLC
3300 Segovia Street • Coral Gables, FL 33134

October 3, 2013

Tatjana Wood
101 West 74th St., Apt. 5E
New York, NY 10023

Re:    Wallace Wood last will and testament

Dear Tatjana:

I have not heard from you or Joel Hecker, Esq. since meeting with him on May 7, 2013. While working on the WALLY's WORLD biography in 2006 (long before my affiliation with the Wood Estate/Wood Properties LLC), I became aware that you have many of Wood's originals — to the best of my recollection 150 to 200 pages, primarily returned art from Marvel. Since becoming the Director of the Estate/Wood Properties LLC, in January of 2012, while studying various documents including Wallace's will, it has become clear that Wallace's will stipulates that The Estate/Wood Propertis LLC, is the rightful and true owner of most of that art you possess. However uncomfortable the conversation, I am duty bound to look after such matters with due diligence. Despite Mr. Hecker's legal maneuvers, it strikes me that you might value Wallace's will.

As Wallace's will provides, you were to receive any bank accounts. All other properties ("All the rest, residue and remainder of my estate, inclusive of but not limited to...") were bequeathed by Wallace to his confidant, friend and executor, John H. Robinson. As per Mr. Robinson, all Wood property has, ever since, been managed as The Wallace Wood Estate and is organized as the business entity, Wallace Wood Properties, LLC.

Mr. Hecker has said that the material was sent to you by Marvel circa 2005. Though I had no access to the will at that time, in 2005, you had knowledge of the terms of Wallace's will but failed to notify the Estate. Obviously, the Estate would never abandoned such material. We believe the law would consider the material stolen. In such cases any Statute of Limitation seldom applies and tend to be suspended as the courts recognize them as "tolled."

Courts are generally in agreement that any statute of limitations is tolled during a period of concealment of stolen property. See, e.g., *Jackson v. American Credit Bureau, Inc.*, 531 P.2d 932, 936 (Ariz. Ct. App. 1975); *Joseph v. Lesnevich*, 153 A.2d 349, 357 (NJ. Super. Ct. App. Div. 1959); *Reynolds v. Bagwell*, 198 P.2d 215, 217 (Okla. 1948). The suspension of the limitations period continues until the property is held in open and notorious possession. Courts generally place a subsequent possessor with notice of the theft in the same position as the thief, and any

concealment by either will suspend the statute. See *also John G. Petrovich, Comment, The Recovery of Stolen Art: Of Paintings, Statues, and Statutes of Limitations, UCLA L. REv. 1122, 1127*, note 28, at 1131-32 n.36 *(1980);* and *O'Keeffe v. Snyder,* 416 A.2d 862, 871. (NJ. 1980).

Again, the Estate has goodwill toward you and there is no animosity between the parties but as the true owner of the property, the Estate must claim it. As discussed in our last telephone conversation, as well as in Mr. Hecker's office, we hope to found a permanent Museum devoted to Wood to commemorate his life and works for future generations. As a goodwill offer to settle this matter amicably, Wood Properties LLC has offered to pay $50,000.00 to you, in exchange for the safe return of all of The Estate's property. The offer will be retracted, and the funds devoted to representation, if the Estate is forced to secure the Estate's property through a replevin court action.

In our May, 2013 meeting Mr. Hecker indicated that some agreement could be worked out to save us all the stress and expense of a court action. We trust he properly presented to you, our additional goodwill offers which, we outlined in that meeting including but not limited to:

1) Making you a beneficiary of Wood Properties business. This would be for a small percentage but would illustrate our long-term goodwill and could prove favorable to you if we are successful in our attempts to secure lucrative TV, Video Games and/or Film projects based on Wood creations.
2) Providing payments to you in cash, if you deem such as preferable
3) Any payments beyond the offered $50,000.00 would require the sale of some art. Our goal is to preserve the work but, we are open ways to settling this matter in a timely manor.
4) Some type of mutually agreed to split of the materials.

But to-date, despite our various goodwill attempts toward settlement, and Mr. Hecker's indication that something could be worked out, we have received not a single goodwill suggestion or offer. As I advised Mr. Hecker, we believe his Laches defense is weak and the clock is ticking. Only by moving forward quickly, can we forego court action. Many courts (especially in New York) order mediation as a standard procedure. We are making our best goodwill attempts to mediate now, to save all involved stress and expense. Too much time is going by. If we do not receive some positive attempt to settle this quickly, we may have no option but to seek help from the courts. I am in New York for a few days if you and/or Mr. Hecker would like to meet. All discussions are solely for the purpose of settlement.

Thank you,


J. David Spurlock
Director, The WallaceWood Estate
(908) 391-0937
www.wallacewoodestate.com

# EXHIBIT "7"

---------- Original Message ----------
From: HeckerEsg@aol.com
To: "wood.contact@wallacewoodestate.com"
<wood.contact@wallacewoodestate.com>
Cc: lddjlloninc@aol.com, leedillon@earthlink.net
Subject: Re: Wallace Wood Last Will and Testament
Date: 10/07/13 13:31

We are in receipt of a copy of your letter dated October 3, 2013 addressed to Tatjana
Wood. You state that you have not heard from either me or Tatjana since our meeting
on May 7, 2013. That is because I advised you that Tatjana rejected your demands in
their entirety and you appeared to feel my attempts at a "creative solution" to your
issues would not work. We left it at the point where you would think about whether you
could suggest alternative proposals. That was the last communication from you..

As to any prospective court action, I do not believe your case has any merit for
the many reasons we discussed at our meeting. Moreover, as I explained to you in
detail (and strongly advised you to get separate legal advise on), you have acted in
apparent conflict of interest by putting your own personal interests above that of the

1

estate, and that you appear to have significant personal liability arising out of the situation.

Any further communications in this matter are to be addressed to me as counsel and not to Tatjana.

Sincerely,

Joel L. Hecker, Esq.
Russo & Burke
600 Third Avenue
New York, NY 10016
(212) 557-9600
Fax: (212) 557-9610
Website: www.russoandburke.com

2

# EXHIBIT "8"

Search: wood marvel, Original Comic Art [52 790 231 1067]                              12/29/14 6:19 PM

The World's Largest Collectibles Auctioneer

Contact Us | Help | Translate

SELL    DEPARTMENTS    SERVICES    RESOURCES          Welcome J. David | Sign Out | Update MyProfile | MyHeritage

HOME > COMICS, COMIC ART & ANIMATION ART

# Search

Start Over | Search Tips | Video Tutorial | Printable Results

| wood marvel | Original Comic Art (75,139) | IN | Titles & Descriptions | Search |

Select...

| **FILTERS** | Bid or Buy | Currently Viewing | Past Auction Archives in |
| You're currently viewing: | Available Items: 1 Results | Sold Items: 75 Results | All Categories: 118 Results |

Site:
  Comics & Comic Art
Sold Collectibles & Art:
  Auction Archives
Archive Status:
  Archive: Sold
Comic Category:
  Original Comic Art
Text Search:
  wood marvel
Save "wood marvel" to MyWantlist

REFINE SEARCH

[−] Site
  Comic Art (40)
  Comics (79)
[−] Auctions
  2014 November 20 - 22 Comics &
  Comic Art Signature Auction -
  Beverly Hills 7099 (3)
  All Signature Auctions (59)
  All Internet and Final Session
  Auctions (17)
[−] Highlights
  Featured (7)
  Make Offer to Owner (16)
  Owner Accepting Offers (14)
[−] Comic Sub-Category
  Comic Strip Art (3)
  Complete Story (1)
  Covers (16)
  Illustrations (2)
  Paintings (1)
  Panel Pages (46)
  Sketches (3)
  Splash Pages (7)
[+] Sold For
[−] Featured Collections
  Auction to Benefit Holocaust Artist (2)
[+] Archive Status
[+] Comic Year

SORT RESULTS BY   Most Recent Sales

Create a Wantlist for "wood marvel" (get notified of new matches)



**Don Heck and Wally Wood** *Avengers* **#22 Page 18 Original Art (Marvel, 1965)....**          Sold For: $4,780.00‡
Lot 92184 » Original Comic Art
Auction Date: **Nov 21, 2014**
Bid Source: HA.com/Live

**Wally Wood and Bob Powell** *Daredevil* **#9 Page 7 Original Art (Daredevil, 1965)....**          Sold For: $20,315.00‡
Lot 92415 » Original Comic Art
Auction Date: **Nov 21, 2014**
Bid Source: HA.com/Live

**Bob Powell and Wally Wood** *Strange Tales* **#134 Page 12 Fantastic Four Original Art (Marvel, 1965)....**          Sold For: $4,481.25‡
Lot 92307 » Original Comic Art
Auction Date: **Nov 21, 2014**
Bid Source: Internet



**Wally Wood** *Astonishing Tales* **#3 Doctor Doom "Doom Must Die!" Splash Page 1 Original Art (Marvel, 1970)....**          Sold For: $2,390.00‡
Lot 92337 » Original Comic Art
Auction Date: **Aug 8, 2014**
Bid Source: Live: Phone

12/29/14 6:19 PM





**Wally Wood** *Astonishing Tales* #3 "Doom Must Die!" Page 2 Original Art (Marvel, 1970)....
Lot 92338 » Original Comic Art
Auction Date: **Aug 8, 2014**
Bid Source: Internet

Sold For: **$14,340.00‡**



**Wally Wood** *Daredevil* #6 Page 4 Original Art (Marvel, 1965)....
Lot 92336 » Original Comic Art

Auction Date: **Aug 8, 2014**
Bid Source: Internet

Sold For: **$26,290.00‡**



**Don Heck and Wally Wood** *Avengers* #20 Page 10 Original Art (Marvel, 1965)....
Lot 92077 » Original Comic Art
Auction Date: **May 16, 2014**
Bid Source: HA.com/Live

Sold For: **$21,510.00‡**



**Don Heck and Wally Wood** *Tales of Suspense* #71 Page 8 Original Art (Marvel, 1965)....
Lot 92078 » Original Comic Art
Auction Date: **May 16, 2014**
Bid Source: HA.com/Live

Sold For: **$4,780.00‡**



**Bob Powell and Wally Wood** *Daredevil* #9 Page 10 Original Art (Marvel, 1965)....

Sold For: **$23,900.00‡**



**Wally Wood** *Astonishing Tales* #4 Red Skull Page 3 Original Art (Marvel,     Sold For: $3,107.00‡
1971)....
Lot 92216 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live



**Wally Wood** *Astonishing Tales* #4 Red Skull Page 4 Original Art (Marvel,     Sold For: $2,629.00‡
1971)....
Lot 92217 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live







**Wally Wood** *Daredevil* #6 Ox and Eel Page 2 Original Art (Marvel, 1965)....     Sold For: $53,775.00‡

Lot 92214 » Original Comic Art

Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live



**Don Heck and Wally Wood** *The Avengers* #22 Power Man vs. Captain     Sold For: $15,535.00‡
**America page 14 Original Art (Marvel, 1965)...**
Lot 92094 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live

Search: wood marvel, Original Comic Art [52 790 231 1067]                                      12/29/14 6:19 PM





**Bob Powell and Wally Wood** *Daredevil* **#11 Story Page 5 Original Art**                Sold For: $5,676.25‡
**(Marvel, 1965)....**
Lot 92172 » Original Comic Art
Auction Date: **Feb 21, 2014**
Bid Source: HA.com/Live



**Wally Wood** *Daredevil* **#5 Matador Page 20 Original Art (Marvel, 1964)....**        Sold For: $15,535.00‡

Lot 92387 » Original Comic Art
Auction Date: **Nov 22, 2013**
Bid Source: HA.com/Live



**Bob Powell and Wally Wood** *Daredevil* **#9 Page 2 Original Art (Marvel,**           Sold For: $20,315.00‡
**1965)....**
Lot 92293 » Original Comic Art

Auction Date: **Nov 22, 2013**
Bid Source: HA.com/Live



**Don Heck and Wally Wood** *Tales of Suspense* **#71 Iron Man vs. Titanium**          Sold For: $6,932.20‡
**Man Page 3 Original Art (Marvel, 1965)....**
Lot 92154 » Original Comic Art
Auction Date: **Nov 22, 2013**
Bid Source: Internet



